UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RAMESH C. KINRA, et al.,
                        Plaintiffs,

     -against-

CHICAGO BRIDGE & IRON CO., et al.,
                        Defendants.
-----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/24/18
```

17 CIVIL 4251 (LGS)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 24, 2018, Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
        May 24, 2018

                                          RUBY J. KRAJICK
                                          _____
                                          Clerk of Court
              BY:
                                          _____
                                          Deputy Clerk