UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMESH C. KINRA, on behalf of the Chicago Bridge & Iron Savings Plan, The Shaw Group Inc. 401(k) Plan, himself, and a class consisting of similarly situated participants of the Plans,<br><br>Plaintiff,<br><br>-against-<br><br>CHICAGO BRIDGE & IRON COMPANY, INVESTMENT COMMITTEE, PLAN ADMINISTRATOR, STEPHEN H. DIMLICH, JR., WESTLEY S. STOCKTON, SHEILA FELDMAN, LUCIANO REYES, TRAVIS STRICKER, BRIAN MIMS, DENNIS FOX, SCOTT WAGUESPACK, MISTY PALMER, LANCE BOWLING, JOE CHRISTALDI, JOHN DOES 1-20, and RICHARD ROES 1-20,<br><br>Defendants. | CIVIL ACTION<br><br>Case No. 1:17-cv-04251 (LGS)<br><br>ECF CASE |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Ramesh C. Kinra and Defendants Chicago Bridge & Iron Company, Investment Committee, Plan Administrator, Stephen H. Dimlich, Jr., Westley S. Stockton, Sheila Feldman, Luciano Reyes, Travis Stricker, Brian Mims, Dennis Fox, Scott Waguespack, Misty Palmer, Lance Bowling, and Joe Christaldi jointly stipulate to the voluntary dismissal of this action in its entirety with prejudice as to Plaintiff only, and without prejudice as to any other putative class members, with all parties bearing their own attorneys' fees and costs except as otherwise agreed to by the parties.

Dated: March 26, 2019
      New York, NY

By: _____
Michael J. Klein
STULL, STULL & BRODY
6 East 45th Street, 5th Floor
New York, NY 10017
(212) 687-7230

*Attorneys for Plaintiff*

By: _____
Darren E. Nadel
David C. Gartenberg
LITTLER MENDELSON, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202-5835
(303) 629-6200

*Attorneys for Defendants*